DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**FRED GRAY,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-3527

[April 17, 2019]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Bernard I. Bober, Judge; L.T. Case Nos. 14-11224CF10A and 14-12215CF10A.

Fred Gray, Quincy, pro se.

No appearance for appellee.

***ON REMAND FROM THE SUPREME COURT OF FLORIDA***

PER CURIAM.

Upon remand from the Florida Supreme Court, we reverse appellant's sentence in accordance with *State v. Lewars*, 259 So. 3d 793 (Fla. 2018), and remand for resentencing.

WARNER, CONNER and KUNTZ, JJ., concur.

\*       \*       \*

***No motions for rehearing shall be filed.***